UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                                        Case No. 3:16-bk-02294-PMG

ASDRUBAL MARTINEZ,           Chapter 11

       Debtor.
_____/

**MOTION TO EXTEND AUTOMATIC STAY**

Asdrubal Martinez, the debtor in the above-captioned bankruptcy case (the "Debtor"), respectfully requests that this Court extend the automatic stay pursuant to 11 U.S.C. 362(c)(3), and in support thereof states as follows:

1. On June 19, 2016, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor's previously filed Chapter 13 bankruptcy, Case No. 3:15-bk-03035-PMG was dismissed on December 14, 2015 for failure to make plan payments.

3. The Debtor had no other pending bankruptcy cases in the preceding one-year period.

4. The Debtor believes that this case will result in a confirmed plan that will be fully performed.

WHEREFORE, the Debtor requests that this Court enter an Order granting the Motion to Extend the Automatic Stay as to all creditors, after notice and opportunity to be heard, and for all other relief as is deemed appropriate.

                                                          */s/ Thomas C. Adam*
                                                          Thomas C. Adam
                                                          Florida Bar No. 648711
                                                          ADAM LAW GROUP, P.A.
                                                          301 W. Bay Street, Suite 1430
                                                          Jacksonville, FL 32202
                                                          (904) 329-7249
                                                          (904) 516-9230 facsimile
Dated: June 23, 2016                         tadam@adamlawgroup.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                            Case No. 3:16-bk-02294-PMG

ASDRUBAL MARTINEZ,         Chapter 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the ***Motion to Extend Automatic Stay*** was served by first-class mail, postage prepaid, or by electronic transmission upon all parties having entered an appearance in this case via the Court's CMECF system upon the parties listed on the attached mailing matrix, on this 23rd day of June, 2016.

                                        */s/ Thomas C. Adam*
                                        Thomas C. Adam
                                        Florida Bar No. 648711
                                        ADAM LAW GROUP, P.A.
                                        301 W. Bay Street, Suite 1430
                                        Jacksonville, FL 32202
                                        (904) 329-7249
                                        (904) 516-9230 facsimile
                                        tadam@adamlawgroup.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:16-bk-02294-PMG<br>Middle District of Florida<br>Jacksonville<br>Thu Jun 23 10:13:29 EDT 2016 | Asdrubal Martinez<br>313 Valverde Lane<br>Saint Augustine, FL 32086-8885 | 121 Financial Cr Un<br>9700 Touchton Rd<br>Jacksonville, FL 32246-8227 |
| 97 Park, LLC<br>62 Hypolita Street<br>Saint Augustine, FL 32084-3655 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Bank of America, N.A.<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bank of America, N.A.<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | C. Andrew Roy, Esq.<br>390 N. Orange Ave, Ste 1500<br>Orlando, FL 32801-1658 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase - Pier 1<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/circuitcity<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Compass Bank<br>701 32nd St S<br>Birmingham, AL 35233-3515 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (c)DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 | Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | Dpt Treasury<br>3700 East West Hig<br>Hyattsville, MD 20782-2092 |
| Erc<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gmac Automotive Bank<br>2000 Town Ctr Ste 2200<br>Southfield, MI 48075-1157 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Nationstar Mortgage Ll<br>Po Box 199111<br>Dallas, TX 75235 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Space Coast Credit Union<br>P.O. Box 419001<br>Melbourne, FL 32941-9001 | Specialized Loan Servi<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129-2386 |
| St. Johns County Tax Collector<br>Dennis W. Hollingswo<br>Post Office Box 9001<br>Saint Augustine FL 32085-9001 | State of Florida<br>Department of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |

| | | |
|---|---|---|
| Syncb/lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Syncb/sams Club DC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/sound Advice<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Thomas C Adam +<br>Adam Law Group, P.A.<br>301 W. Bay Street, Suite 1430<br>Jacksonville, FL 32202-5184 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Discoverbank<br>Po Box 15316<br>Wilmington, DE 19850 | Infiniti Fin Svcs<br>990 W 190th St<br>Torrance, CA 90502 |
| Vystar Credit Union<br>Po Box 45085<br>Jacksonville, FL 32232 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Ditech Financial Llc<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     0<br>Total                  38 |