[3G701] [Order Scheduling Disclosure Hearing w/o bar date]

ORDERED.

Dated:  July 12, 2016

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:16−bk−02294−PMG
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
Asdrubal Martinez

　　　　　　　Debtor*　　　　　／

### ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

   A proposed disclosure statement having been filed by debtor(s) pursuant to 11 U.S.C. § 1125 and Federal Rule of Bankruptcy Procedure 3016(c), and this statement being available for inspection at the office of the Clerk of this Court, it is **ORDERED** as follows:

1. A hearing will be held on September 14, 2016, at 2:00 p.m. , in 4th Floor Courtroom A , 300 North Hogan Street, Jacksonville, Florida, to consider and rule on the disclosure statement and any objections or modifications and to consider any other matter that may properly come before the Court.

2. The hearing may be adjourned from time to time by announcement made in open Court without further notice.

3. The attorney for the debtor(s) is hereby directed to serve forthwith copies of the disclosure statement and plan upon the Trustee (if any), attorney for the creditor's committee (if any), each member of the creditor's committee , Internal Revenue Service, U.S. Securities and Exchange Commission, Office of the United States Trustee and all attorneys who have appeared in the case, and shall file a certificate showing compliance with this paragraph.

4. The attorney for the debtor(s) is further directed to send, without charge, copies of the disclosure statement and plan to any party in interest who so requests. The attorney for the debtor(s) is: Thomas C. Adam , whose address is 301 W. Bay Street, Suite 1430, Jacksonville, FL 32202 .

5. Any objection to the proposed disclosure statement shall be filed and served seven (7) days before the date set forth in paragraph 1 on the debtor(s), debtors' attorney and all persons enumerated in paragraphs 3 and 4.

<u>Appropriate Attire</u>. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints</u>. You are reminded that Local Rule 5073−1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.